In the Matter of the Transfer Tax upon the Estate of NELSON G. PALMER, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

OSCAR L. RICHARD and Others, Respondents, v. CREDIT SUISSE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE CITY OF NEW YORK, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM G. COOPER, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

NATHAN HASKELL DOLE, Appellant, v. OXFORD UNIVERSITY PRESS, AMERICAN BRANCH, a Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KAROLINE FREDERIKSEN, Respondent, v. LOUIS BAMBERGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THOMAS FAHEY, Respondent, v. M. EDWARD DOWNEY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FALKENAU & HAMERSHLAG, INC., Respondent, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, Appellants.— Order reversed, with ten dollars costs and disbursements, writ dismissed and determination of the board of appeals confirmed, with fifty dollars costs, upon the authority of *People ex rel. Werner* v. *Walsh* (212 App. Div. 635), herewith handed down. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J. and Merrell, J., dissent.

JOHN M. BRAINARD and Others, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE R. HALL, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling Merrell, McAvoy and Burr, JJ.; Clarke, P. J., and Dowling, J., dissent.